■ Robert Dyckes et al., Appellants, v Cedar Road Associates et al., Respondents, et al., Defendant.—Appeal by the plaintiffs, as limited by their brief, from so much of an order

of the Supreme Court, Suffolk County (Copertino, J.), dated February 19, 1991, as denied their motion for a preliminary injunction and dismissed the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Copertino at the Supreme Court. Mangano, P. J., Bracken, Sullivan and Harwood, JJ., concur.